MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@atllp.com

*Attorneys for Defendant Wyndham Vacation Resorts, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY SABELLA, individually, and TIMOTHY SABELLA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM VACATION RESORTS, INC.; JOHN DOES 1-50, and ROE CORPORATIONS 1-15, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01016-GMN-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant, Wyndham Vacation Resorts, Inc. ("Wyndham"), by and through its counsel, Armstrong Teasdale LLP, and Plaintiffs Judy Sabella and Timothy Sabella (collectively, "Plaintiffs"), by and through their counsel, Albright, Stoddard, Warnick & Albright, hereby stipulate and agree pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1 and subject to this Court's approval, to extend the deadline for Wyndham to respond to Plaintiff's Complaint (ECF No. 1, at Exhibit A), from June 3, 2021, to June 18, 2021. As set forth below, good cause exists to extend Wyndham's deadline to respond to the Complaint to June 18, 2021. This is the first request to extend this deadline.

On April 19, 2021, Plaintiffs filed their Complaint against Wyndham in the Eighth Judicial District Court, Clark County, Nevada. (ECF No. 1.) Wyndham received a copy of the Summons and Complaint on April 28, 2021. (*Id.*) Anticipating the need for additional time to assess arbitration issues and to gather documents and facts to respond to the Complaint, Wyndham

1

requested an extension to June 18, 2021, to respond to the Complaint. Plaintiffs agreed, and the deadline to respond to the Complaint was June 18, 2021.

However, on May 27, 2021, Wyndham timely removed this action to this Court. (*Id.*) Although the parties are in agreement that Wyndham's response deadline is not until June 18, 2021, Fed. R. Civ. P. 81(c)(2) provides that "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within . . . (C) 7 days after the notice of removal is filed." That deadline would be June 3, 2021. Accordingly, out of an abundance of caution, the parties submit this stipulation and agree that Wyndham may have up to and including June 18, 2021, to respond to the Complaint.

There exists good cause to allow Wyndham additional time to respond to the Complaint. The parties are currently negotiating a stipulation to stay this action and compel arbitration with the AAA as provided for in the contract between them. The parties anticipate submitting that stipulation in the coming days. Should this matter be compelled to arbitration, Wyndham will not be required to file a response in this forum, therefore, granting this stipulation conserves resources. In addition, Wyndham requires additional time to gather the documents and facts so that it can adequately respond to the Complaint. Plaintiffs agree to the extension of the response deadline.

This request is made in good faith and is not intended to unreasonably delay this matter. In particular, this case was only recently filed and removed to this Court. The parties have not yet held their case conference under Fed. R. Civ. P. 26(f).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Based on the foregoing, the parties respectfully request that this Court extend Wyndham's deadline to respond to the Complaint to June 18, 2021.

Dated this 2nd day of June, 2021.

**ARMSTRONG TEASDALE LLP**

By: /s/ Michelle D. Alarie
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

*Attorneys for Defendant Wyndham Vacation Resort, Inc.*

Dated this 2nd day of June, 2021.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

By: /s/ Jorge L. Alvarez
    G. MARK ALBRIGHT, ESQ.
    Nevada Bar No. 001394
    JORGE L. ALVAREZ, ESQ.
    Nevada Bar No. 014466
    801 South Rancho Drive, Suite D-4
    Las Vegas, Nevada 89106

*Attorneys for Plaintiffs Judy Sabella and Timothy Sabella*

## ORDER

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 3, 2021