G. MARK ALBRIGHT, ESQ. (#001394)
JORGE L. ALVAREZ, ESQ. (#014466)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
gma@albrightstoddard.com
jalvarez@albrightstoddard.com

*Attorneys for Plaintiffs Judy Sabella and Timothy Sabella*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY SABELLA, individually, and TIMOTHY SABELLA, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> WYNDHAM VACATION RESORTS, INC.; JOHN DOES 1-50, and ROE CORPORATIONS 1-15, inclusive. <br><br> Defendant. | Case No.: 2:21-cv-01016-GMN-DJA <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

  Plaintiffs, JUDY SABELLA and TIMOTHY SABELLA ("Plaintiffs"), and Defendant WYNDHAM VACATION RESORTS, INC. ("Defendant") (collectively the "Parties"), by and through their respective counsels of record, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree as follows:

  1. Pursuant to an executed settlement agreement between the Parties, all claims asserted by Plaintiffs herein shall be dismissed with prejudice; and

  2. Each party shall bear its own attorneys' fees and costs, except as set forth in the Parties' settlement agreement.

/ / /

| | |
|---|---|
| DATED this 26th day of October, 2021. | DATED this 26th day of October, 2021. |
| **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** | **ARMSTRONG TEASDALE LLP** |
| */s/ Jorge L. Alvarez, Esq.* | */s/ Michelle D. Alarie, Esq.* |
| G. MARK ALBRIGHT, ESQ., #1394 | MICHELLE D. ALARIE, ESQ. |
| JORGE L. ALVAREZ, ESQ., #14466 | Nevada Bar No. 11894 |
| 801 South Rancho Drive, Suite D4 | 3770 Howard Hughes Parkway, Suite 200 |
| Las Vegas, Nevada 89106 | Las Vegas, Nevada 89169 |
| T: 702.384.7111 / F: 702.384.0605 | T: 702.678.5070 / F: 702.878.9995 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## ORDER

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated this 28 day of October 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 2 -

| | |
|---|---|
| **From:** | Jorge Alvarez |
| **To:** | Andrea Brebbia |
| **Subject:** | FW: Wyndham Signed Agreement [IWOV-IDOCS.FID4246209] |
| **Date:** | Tuesday, October 26, 2021 10:24:35 AM |
| **Attachments:** | image002.png |

**From:** Michelle D. Alarie <MAlarie@atllp.com>
**Sent:** Tuesday, October 26, 2021 10:17 AM
**To:** Jorge Alvarez <jalvarez@albrightstoddard.com>
**Subject:** RE: Wyndham Signed Agreement [IWOV-IDOCS.FID4246209]

Good morning Jorge,

Only change I would propose is to change Magistrate Judge to District Judge on the signature block. With that change, you have my permission to affix my electronic signature for filing.

Thank you,



Armstrong Teasdale LLP
Michelle D. Alarie | Senior Associate Attorney
DIRECT: 702.415.2946 | FAX: 702.977.7483 | MAIN OFFICE: 702.678.5070

**COVID-19 RESOURCE CENTER**

*** Please note my new email address, malarie@atllp.com ***

**From:** Jorge Alvarez <jalvarez@albrightstoddard.com>
**Sent:** Tuesday, October 26, 2021 9:56 AM
**To:** Michelle D. Alarie <MAlarie@atllp.com>
**Subject:** FW: Wyndham Signed Agreement [IWOV-IDOCS.FID4246209]

Michelle,

Please see attached the proposed SAO.

Thanks,

**Jorge L. Alvarez, Esq.**
Albright, Stoddard, Warnick & Albright
801 So. Rancho Dr., Suite D-4
Las Vegas, NV 89106
Phone (702) 384-7111